■

K.E.

v.

D.K.A.

2130830

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

■

K.E.

v.

D.K.A.

2130831

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

■

ALACARE HOME HEALTH
SERVS., INC.

v.

STATE HEALTH PLANNING & DEV.
AGENCY and Hometown Home
Health Care of Baldwin Cty., LLC

2130832

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

■

Jae D. CHUN

v.

Jonathan Keith BURROUGHS
and Clarence Roberts

2130834

Court of Civil Appeals of Alabama.

03/06/2015

Affirmed

■

Melissa BOYKIN

v.

CMS SKI LODGE ASSOCS., L.P., et al.

2130837

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

